**Paxslip**

CITY OF PHILADELPHIA

Kristin Ann Wojnar
208 Tree St
Philadelphia, PA 19148
US

| | |
|---|---|
| Employee Number | |
| Department | FJD 1st Judicial District PA |
| Location | City Hall, Room 236 |
| Payperiod Ending | 2025/01/12 |
| Date Payable | 2025/01/17 |
| Payment Method | Pay Check |

| Current Earnings | Hours | Amount |
|---|---|---|
| Regular | 80.00 | 4,027.97 |
| Longevity Pay | 0.00 | 46.94 |
| Imputed Income | 0.00 | 78.29 |
| **Gross Current Earnings** | | **4,153.20** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 615.11 | 1,225.59 |
| Social Security | 257.50 | 513.69 |
| Medicare | 60.22 | 120.14 |
| PA State Tax | 123.62 | 246.59 |
| Philadelphia | 155.75 | 310.71 |
| PA Unemployment | 2.82 | 5.62 |

| Retro Earnings | Hours | Amount |
|---|---|---|

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Medical | 61.23 | 122.46 |
| FSA HC | 65.38 | 130.88 |
| Plan Y5 | 261.61 | 523.22 |
| Flex Credit Pretax | -126.61 | -253.34 |

**Gross Retro Earnings**

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 4,153.20 | 8,285.35 |
| Net Earnings | 1,884.94 | 3,787.79 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Life Ins Surv | 67.89 | 135.78 |
| Life Ins Supp | 65.28 | 130.56 |
| Life Ins Dep | 0.81 | 1.62 |
| Critical Ill Ins | 19.25 | 38.50 |
| ADD Ins Supp | 4.07 | 8.14 |
| Deferred Comp Loan | 556.04 | 1,101.87 |

| Accruals | Net Entitlement |
|---|---|
| The Accrual Balances below are effective as of the pay period ending date shown above on this pay slip. Any leave earned or used after the pay period ending date are not reflected in these balances. | |
| Admin Leave (Expires 30-Jun-2025) | 0.00 |
| Domestic Violence | 0.00 |
| FMLA | 0.00 |
| Military Caregiver | 0.00 |
| Military Leave | 240.00 |
| Pandemic Leave | 0.00 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan Y5 | 523.22 | 52,136.19 |

FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.

**Payslip**
Earnings and Deductions

CITY OF PHILADELPHIA

CITY OF PHILADELPHIA

| Kristin Ann A. Wojnar | Employee Number | |
|---|---|---|
| 208 Tree St | Department | FJD 1st Judicial District PA |
| Philadelphia, PA 19148 | Location | City Hall, Room 236 |
| US | Payperiod Ending | 2024/12/29 |
| | Date Payable | 2025/01/03 |
| | Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount | Taxes | Current | YTD |
|---|---|---|---|---|---|
| Regular | 80.00 | 4,027.97 | Federal Tax | 610.48 | 610.48 |
| Longevity Pay | 0.00 | 46.94 | Social Security | 256.19 | 256.19 |
| Imputed Income | 0.00 | 57.24 | Medicare | 59.92 | 59.92 |
| | | | PA State Tax | 122.97 | 122.97 |
| | | | Philadelphia | 154.96 | 154.96 |
| | | | PA Unemployment | 2.80 | 2.80 |

Gross Current Earnings      4,132.15

| Retro Earnings | Hours | Amount | Pre Tax Deductions | Current | YTD |
|---|---|---|---|---|---|
| | | | Medical | 61.23 | 61.23 |
| | | | FSA HC | 65.50 | 65.50 |
| | | | Plan Y5 | 261.61 | 261.61 |
| | | | Flex Credit Pretax | -126.73 | -126.73 |

Gross Retro Earnings

| Total Earnings | Current | YTD | Post Tax Deductions | Current | YTD |
|---|---|---|---|---|---|
| Gross Earnings | 4,132.15 | 4,132.15 | Life Ins Surv | 67.89 | 67.89 |
| Net Earnings | 1,902.85 | 1,902.85 | Life Ins Supp | 65.28 | 65.28 |
| | | | Life Ins Dep | 0.81 | 0.81 |
| | | | Critical Ill Ins | 19.25 | 19.25 |
| | | | ADD Ins Supp | 4.07 | 4.07 |
| | | | Deferred Comp Loan | 545.83 | 545.83 |

| Accruals | Net Entitlement | Pension Plan | YTD | LTD |
|---|---|---|---|---|
| | | Plan Y5 | 261.61 | 51,874.58 |

The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.

| Admin Leave (Expires 30-Jun-2025) | 0.00 |
|---|---|
| Domestic Violence | 0.00 |
| FMLA | 0.00 |
| Military Caregiver | 0.00 |
| Military Leave | 240.00 |
| Pandemic Leave | 0.00 |

FMLA /Parental Leave balances are based upon usage in an individual Rolling Calendar. Please see your Departmental Human Resource for additional information.

**Payslip**
Earnings and Deductions

CITY OF PHILADELPHIA

CITY OF PHILADELPHIA

Kristin Ann Wojnar
208 Tree St
Philadelphia, PA 19148
US

| Employee Number | |
| Department | FJD 1st Judicial District PA |
| Location | City Hall, Room 236 |
| Payperiod Ending | 2025/01/12 |
| Date Payable | 2025/01/17 |
| Payment Method | Pay Check |

| Current Earnings | Hours | Amount |
|---|---|---|
| Regular | 80.00 | 4,027.97 |
| Longevity Pay | 0.00 | 46.94 |
| Imputed Income | 0.00 | 78.29 |
| | | |
| Gross Current Earnings | | 4,153.20 |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 615.11 | 1,225.59 |
| Social Security | 257.50 | 513.69 |
| Medicare | 60.22 | 120.14 |
| PA State Tax | 123.62 | 246.59 |
| Philadelphia | 155.75 | 310.71 |
| PA Unemployment | 2.82 | 5.62 |

| Retro Earnings | Hours | Amount |
|---|---|---|

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Medical | 61.23 | 122.46 |
| FSA HC | 65.38 | 130.88 |
| Plan Y5 | 261.61 | 523.22 |
| Flex Credit Pretax | -126.61 | -253.34 |

Gross Retro Earnings

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 4,153.20 | 8,285.35 |
| Net Earnings | 1,884.94 | 3,787.79 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Life Ins Surv | 67.89 | 135.78 |
| Life Ins Supp | 65.28 | 130.56 |
| Life Ins Dep | 0.81 | 1.82 |
| Critical III Ins | 19.25 | 38.50 |
| ADD Ins Supp | 4.07 | 8.14 |
| Deferred Comp Loan | 556.04 | 1,101.87 |

| Accruals | Net Entitlement |
|---|---|
| The Accrual Balances below are effective as of the pay period ending date shown above on this pay slip. Any leave earned or used after the pay period ending date are not reflected in these balances. | |
| Admin Leave (Expires 30-Jun-2025) | 0.00 |
| Domestic Violence | 0.00 |
| FMLA | 0.00 |
| Military Caregiver | 0.00 |
| Military Leave | 240.00 |
| Pandemic Leave | 0.00 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan Y5 | 523.22 | 52,136.19 |

FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.

**Payslip**
Earnings and Deductions

CITY OF PHILADELPHIA

CITY OF PHILADELPHIA

Kristin Ann A. Wojnar
208 Tree St
Philadelphia, PA 19148
US

Employee Number
Department
Location
Payperiod Ending
Date Payable
Payment Method

FJD 1st Judicial District PA
City Hall, Room 236
2024/12/15
2024/12/27
Direct Deposit

| Current Earnings | Hours | Amount |
|---|---|---|
| Flex Credit Payout | 0.00 | 1,114.10 |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 245.10 | 15,466.33 |
| Social Security | 69.08 | 6,440.09 |
| Medicare | 16.15 | 1,506.15 |
| PA State Tax | 34.20 | 3,092.06 |
| PA Unemployment | 0.78 | 70.50 |
| Philadelphia | 41.78 | 3,896.22 |

Gross Current Earnings    1,114.10

| Retro Earnings | Hours | Amount |
|---|---|---|

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Medical | 0.00 | 1,591.98 |
| FSA HC | 0.00 | 1,560.00 |
| Plan Y5 | 0.00 | 5,911.79 |
| Flex Credit Pretax | 0.00 | -3,151.98 |
| Def Comp Flat | 0.00 | 850.00 |

Gross Retro Earnings

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 1,114.10 | 103,872.36 |
| Net Earnings | 707.00 | 50,900.10 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Deferred Comp Loan | 0.00 | 11,874.96 |
| Life Ins Surv | 0.00 | 1,119.56 |
| Life Ins Supp | 0.00 | 710.32 |
| Life Ins Dep | 0.00 | 21.06 |
| Critical III Ins | 0.00 | 500.50 |
| ADD Ins Supp | 0.00 | 100.88 |

| Accruals | Net Entitlement |
|---|---|
The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.
| Admin Leave (Expires 30-Jun-2025) | 0.00 |
| Domestic Violence | 0.00 |
| FMLA | 0.00 |
| Military Caregiver | 0.00 |
| Military Leave | 240.00 |
| Pandemic Leave | 0.00 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan Y5 | 5,911.79 | 51,612.97 |

FMLA /Parental Leave balances are based upon usage in an individual Rolling Calendar. Please see your Departmental Human Resource for additional information.

CITY OF PHILADELPHIA

Kristin Ann A. Wojnar
208 Tree St
Philadelphia, PA 19148
US

Employee Number
Department FJD 1st Judicial District PA
Location City Hall, Room 236
Payperiod Ending 2024/12/15
Date Payable 2024/12/20
Payment Method Direct Deposit

| Current Earnings | Hours | Amount |
|---|---|---|
| Regular | 80.00 | 4,027.97 |
| Longevity Pay | 0.00 | 46.94 |
| Imputed Income | 0.00 | 54.38 |
| **Gross Current Earnings** | | **4,129.29** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 1,024.68 | 15,220.23 |
| Social Security | 371.80 | 6,371.01 |
| Medicare | 86.95 | 1,489.99 |
| PA State Tax | 180.38 | 3,057.86 |
| Philadelphia | 224.88 | 3,853.44 |
| PA Unemployment | 4.11 | 69.72 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| Retro Reg Salary | 0.00 | 1,867.47 |
| **Gross Retro Earnings** | | **1,867.47** |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| FSA HC | 60.00 | 1,560.00 |
| Medical | 61.23 | 1,591.98 |
| Plan Y5 | 381.50 | 5,911.79 |
| Flex Credit Pretax | -121.23 | -3,151.98 |
| Def Comp Flat | 0.00 | 650.00 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 5,996.76 | 102,758.26 |
| Net Earnings | 3,026.19 | 50,193.10 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Deferred Comp Loan | 547.57 | 11,874.96 |
| Life Ins Surv | 43.06 | 1,119.56 |
| Life Ins Supp | 27.32 | 710.32 |
| Life Ins Dep | 0.81 | 21.06 |
| Critical Ill Ins | 19.25 | 500.50 |
| ADD Ins Supp | 3.88 | 100.88 |

| Accruals | Net Entitlement |
|---|---|
| The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances. | |
| Admin Leave (Expires 30-Jun-2025) | 0.00 |
| Domestic Violence | 0.00 |
| FMLA | 0.00 |
| Military Caregiver | 0.00 |
| Military Leave | 240.00 |
| Pandemic Leave | 0.00 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan Y5 | 5,911.79 | 51,612.97 |

FMLA /Parental Leave balances are based upon usage in an individual Rolling Calendar. Please see your Departmental Human Resource for additional information.

CITY OF PHILADELPHIA
**For questions about any of the entries or instructions shown contact your departments Payroll Supervisor or Human Resource Manager.**

**Retro Earning Details** -- Name of the earnings type. For example, Time Entry Wages, Work from Home, Vacation etc.

**Original Entry Date** -- The date of the original entry for the hour types or earnings being recorded. For example, if 2 hours are added for 10-May-2022 and the retro is processed for a pay-period sometime in June of 2022, this column will show 10-May-2022.

**PPE of Date Earned** – This is the pay-period end (PPE) date of the Original Entry Date. Using the example above, the Original Entry Date is 10-May-2022 and the pay-period end date is 15-May-2022. this column will show 15-May-2022.

**Hours** – These are the number of hours being brought over as a retro adjustment from prior pay-periods.
Note:
- If a rate change (salary increase or decrease) is being brought over as a retro adjustment, the **Hours** field is not applicable and will be blank.
- A negative value in this field indicates that the hours being taken back.

**Amount** – For each of the transaction types entered in the **Retro Earning Details** field, this is the amount being "paid to" or "recovered from" the employee because of a retro transaction that was entered.

| Retro Earning Details | Actual Date Earned | PPE Date Earned | Hours | Gross Amount |
|---|---|---|---|---|
| Retro Reg Salary | | 14-JUL-2024 | | 169.77 |
| Retro Reg Salary | | 28-JUL-2024 | | 169.77 |
| Retro Reg Salary | | 11-AUG-2024 | | 169.77 |
| Retro Reg Salary | | 25-AUG-2024 | | 169.77 |
| Retro Reg Salary | | 08-SEP-2024 | | 169.77 |
| Retro Reg Salary | | 22-SEP-2024 | | 169.77 |
| Retro Reg Salary | | 06-OCT-2024 | | 169.77 |
| Retro Reg Salary | | 20-OCT-2024 | | 169.77 |
| Retro Reg Salary | | 03-NOV-2024 | | 169.77 |
| Retro Reg Salary | | 17-NOV-2024 | | 169.77 |
| Retro Reg Salary | | 01-DEC-2024 | | 169.77 |

CITY OF PHILADELPHIA

Kristin Ann A. Wojnar
206 Tree St
Philadelphia, PA 19148
US

| | | |
|---|---|---|
| Employee Number | | |
| Department | | FJD 1st Judicial District PA |
| Location | | City Hall, Room 236 |
| Payperiod Ending | | 2024/12/01 |
| Date Payable | | 2024/12/06 |
| Payment Method | | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Regular | 80.00 | 3,858.20 |
| Longevity Pay | 0.00 | 46.94 |
| Imputed Income | 0.00 | 54.38 |
| | | |
| Gross Current Earnings | | 3,959.52 |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 574.90 | 14,195.55 |
| Social Security | 245.49 | 5,999.21 |
| Medicare | 57.41 | 1,403.04 |
| PA State Tax | 117.84 | 2,877.46 |
| Philadelphia | 148.48 | 3,628.56 |
| PA Unemployment | 2.69 | 65.61 |

| Retro Earnings | Hours | Amount |
|---|---|---|

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Medical | 61.23 | 1,530.75 |
| FSA HC | 60.00 | 1,500.00 |
| Plan Y5 | 250.71 | 5,530.29 |
| Flex Credit Pretax | -121.23 | -3,030.75 |
| Def Comp Flat | 0.00 | 850.00 |

Gross Retro Earnings

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 3,959.52 | 96,761.50 |
| Net Earnings | 1,878.04 | 47,166.91 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| ADD Ins Supp | 3.88 | 97.00 |
| Deferred Comp Loan | 535.26 | 11,327.39 |
| Life Ins Surv | 43.06 | 1,076.50 |
| Life Ins Supp | 27.32 | 683.00 |
| Life Ins Dep | 0.81 | 20.25 |
| Critical III Ins | 19.25 | 481.25 |

| Accruals | Net Entitlement |
|---|---|

The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.

| Admin Leave (Expires 30-Jun-2025) | 0.00 |
|---|---|
| Domestic Violence | 0.00 |
| FMLA | 0.00 |
| Military Caregiver | 0.00 |
| Military Leave | 240.00 |
| Pandemic Leave | 0.00 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan Y5 | 5,530.29 | 51,231.47 |

FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.

**Payslip**

**Earnings and Deductions**

CITY OF PHILADELPHIA

Kristin Ann A. Wojnar
208 Tree St
Philadelphia, PA 19148
US

| | |
|---|---|
| Employee Number | [redacted] |
| Department | FJD 1st Judicial District PA |
| Location | City Hall, Room 236 |
| Payperiod Ending | 2024/11/17 |
| Date Payable | 2024/11/22 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Regular | 80.00 | 3,858.20 |
| Longevity Pay | 0.00 | 46.94 |
| Imputed Income | 0.00 | 54.38 |
| Gross Current Earnings | | 3,959.52 |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 574.90 | 13,620.65 |
| Social Security | 245.49 | 5,753.72 |
| Medicare | 57.41 | 1,345.63 |
| PA State Tax | 117.84 | 2,759.64 |
| PA Unemployment | 2.68 | 62.92 |
| Philadelphia | 148.48 | 3,480.08 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| Gross Retro Earnings | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Medical | 61.23 | 1,469.52 |
| FSA HC | 60.00 | 1,440.00 |
| Plan Y5 | 250.71 | 5,279.58 |
| Flex Credit Pretax | -121.23 | -2,909.52 |
| Def Comp Flat | 0.00 | 850.00 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 3,959.52 | 92,801.98 |
| Net Earnings | 1,887.68 | 45,288.87 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Life Ins Surv | 43.06 | 1,033.44 |
| Life Ins Supp | 27.32 | 655.68 |
| Life Ins Dep | 0.81 | 19.44 |
| Critical Ill Ins | 19.25 | 462.00 |
| ADD Ins Supp | 3.88 | 93.12 |
| Deferred Comp Loan | 525.63 | 10,792.13 |

**Accruals** — **Net Entitlement**

The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.

| Accruals | Net Entitlement |
|---|---|
| Admin Leave (Expires 30-Jun-2025) | 0.00 |
| Domestic Violence | 0.00 |
| FMLA | 0.00 |
| Military Caregiver | 0.00 |
| Military Leave | 240.00 |
| Pandemic Leave | 0.00 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan Y5 | 5,279.58 | 50,980.76 |

FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.

CITY OF PHILADELPHIA

Kristin Ann A. Wojnar
208 Tree St
Philadelphia, PA 19148
US

Employee Number
Department                    FJD 1st Judicial District PA
Location                      City Hall, Room 236
Payperiod Ending                         2024/11/03
Date Payable                             2024/11/06
Payment Method                        Direct Deposit

| Current Earnings | Hours | Amount |
|---|---|---|
| Regular | 80.00 | 3,858.20 |
| Longevity Pay | 0.00 | 46.94 |
| Imputed Income | 0.00 | 54.38 |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 574.80 | 13,045.75 |
| Social Security | 245.49 | 5,508.23 |
| Medicare | 57.42 | 1,288.22 |
| PA State Tax | 117.84 | 2,641.80 |
| Philadelphia | 148.48 | 3,331.60 |
| PA Unemployment | 2.69 | 60.24 |

Gross Current Earnings          3,959.52

| Retro Earnings | Hours | Amount |
|---|---|---|

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Medical | 61.23 | 1,408.29 |
| FSA HC | 60.00 | 1,380.00 |
| Plan Y5 | 250.71 | 5,028.87 |
| Flex Credit Pretax | -121.23 | -2,788.29 |
| Def Comp Flat | 0.00 | 850.00 |

Gross Retro Earnings

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 3,959.52 | 88,842.46 |
| Net Earnings | 1,887.66 | 43,401.19 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| ADD Ins Supp | 3.88 | 89.24 |
| Life Ins Surv | 43.06 | 990.38 |
| Life Ins Supp | 27.32 | 628.36 |
| Life Ins Dep | 0.81 | 18.63 |
| Critical Ill Ins | 19.25 | 442.75 |
| Deferred Comp Loan | 525.63 | 10,266.50 |

| Accruals | Net Entitlement |
|---|---|
The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.
| Admin Leave (Expires 30-Jun-2025) | 0.00 |
| Domestic Violence | 0.00 |
| FMLA | 0.00 |
| Military Caregiver | 0.00 |
| Military Leave | 240.00 |
| Pandemic Leave | 0.00 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan Y5 | 5,028.87 | 50,730.05 |

FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.