**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Kristin Wojnar,<br><br>       Debtor. | Case No. 25-10399<br>Chapter 13 |

**Debtor's Motion to Pay Trustee by Wage Attachment**

Debtor Kristin Wojnar, by and through her attorney, hereby asks this Court to enter an order directing her employer to attach her wages to fund the chapter 13 plan in the form of order attached.

Date: January 31, 2025

            CIBIK LAW, P.C.
            *Counsel for Debtor*

            By: /s/ Michael A. Cibik
              Michael A. Cibik (#23110)
              1500 Walnut Street, Suite 900
              Philadelphia, PA 19102
              215-735-1060
              mail@cibiklaw.com