Affirm, Inc.
Attn: Bankruptcy
30 Isabella St , Floor 4
Pittsburgh, PA 15212

Aldous and Associates, PLLC
Attn: Bankruptcy
PO Box 171374
Holladay, UT 84117-1374

Atlantic Recovery Solutions
PO Box 156
East Amherst, NY 14051

Cenlar
Attn: Centralized Bankruptcy 425 Phillips Blvd.
Ewing, NH 08618

Chase Mortgage
Attn: Legal Correspondence Center 700 Kansas Ln Mail Code LA4-7200
Monroe, LA 71203

Citibank/The Home Depot
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
Saint Louis, MO 63179-0040

Citizens Bank
Attention: Bankruptcy 1 Citizens Plaza
Providence, RI 02903

City of Philadelphia
c/o City of Philadelphia
Municipal Services Building
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

City of Philadelphia
Parking Violation Branch
PO Box 41819
Philadelphia, PA 19101-1819


Discover Financial
Attn: Bankruptcy
2500 Lake Cook Rd
Riverwoods, IL 60015-3851


Discover Home Loans
Attn: Bankruptcy Attn: Bankruptcy
1 Corporate Drive , Suite 360
Lake Zurich, IL 60047-8945


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


Jpmcb
MailCode LA4-7100 700 Kansas Lane
Monroe, LA 71203


Klarna
800 N High Street Suite 400
Columbus, OH 43215


Lincoln Automotive Finance
Attn: Bankrutcy
PO Box 542000
Omaha, NE 68154-8000


Macy's/ DSNB
Atytn: Bankruptcy 701 E. 60th Street
North
Sioux Falls, SD 57104

Nelnet
Attn: Bankruptcy
121 S 13th St
Lincoln, NE 68508-1904

PECO Energy Company
2301 Market St
Philadelphia, PA 19103-1338

PenFed CU
2930 Eisenhower Ave
Alexandria, VA 22314

Pennsylvania Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

Pennsylvania Department of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Pennsylvania Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

PGW
Legal - Bankruptcy Unit
800 W. Montgomery Avenue Dept. 3rd Floor
Philadelphia, PA 19122

Philadelphia Fcu
12800 West Townsend
Philadelphia, PA 19154

Philadelphia Federal Credit Union
Attn: Bankruptcy
12800 Townsend Road
Philadelphia, PA 19154

Philadelphia Municipal Court
Traffic Division
800 Spring Garden St
Philadelphia, PA 19123-2616

Philadelphia Parking Authority
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

Santander Consumer Usa
Attn: Bankruptcy
PO Box 961211
Fort Worth, TX 76161

Selene Finance
Attn: Bankruptcy
PO Box 8619
Philadelphia, PA 19101-8619

Synchrony Bank/Lowes
Bankruptcy
PO Box 965060
Orlando, FL 32896

TD Bank/Raymour & Flanigan
Attn: Bankruptcy 1701 Rt. 70 East
Cherry Hill, NJ 08003

U.S. Attorney, Eastern District of Pa.
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

U.S. Bankcorp
Attn: Bankruptcy
800 Nicollet Mall
Minneapolis, MN 55402-7000


U.S. Department of Justice
Attorney General
PO Box 683
Washington, DC 20044-0683


Us Bank Na Retail Le
Attn: Bankruptcy 800 Nicollet Mall
Minneapolis, MN 55402