**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **KRISTIN WOJNAR** | : | |
| Debtor | : | No. 25-10399 (amc) |

**ENTRY of APPEARANCE and REQUEST for SERVICE of NOTICES**

**TO THE CLERK:**

Kindly enter my appearance for Philadelphia Federal Credit Union in the above, and direct all notices intended for my client to me at the address appearing below.

                              **KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

By:    */S/ William J. Levant, Esquire*
        William J. Levant, Esquire
        **KAPLIN STEWART MELOFF REITER & STEIN, P.C.**
        910 Harvest Drive
        Post Office Box 3037
        Blue Bell, PA 19422
        (610)260-6000
        (610)684-2020 – Telecopier
        wlevant@kaplaw.com

Dated: February 6, 2025

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **KRISTIN WOJNAR** | : | |
| Debtor | : | No. 25-10399 (amc) |

**CERTIFICATE of SERVICE**

I hereby certify that on February 6, 2025, I caused true and correct copies of the foregoing Entry of Appearance to be sent to each of the persons named below, by First Class U.S. Mail, postage prepaid (except where noted), as follows:

Kristin Wojnar
208 Tree Street
Philadelphia, PA 19148

Office of the U.S. Trustee                    (sent by ECF)

Michael A. Cibik, Esquire                    (sent by ECF)

Kenneth E. West, Esquire                    (sent by ECF)

**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

By:    */S/ William J. Levant, Esquire*
William J. Levant, Esquire
**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**
910 Harvest Drive
Post Office Box 3037
Blue Bell, PA 19422
(610)260-6000
(610)684-2020 – Telecopier
wlevant@kaplaw.com