## Bankruptcy Proof of Claim: ▮▮▮ [ Account Data Views: ▮ ]

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Borrower:** | WOJNAR,KRISTIN A | **Address:** | 208 TREE ST | **Prin Bal:** | $176,037.99 | **Investor Type:** | ▮ |
| **Co-Borrower Name:** | | **City:** | PHILADELPHIA | **Add Prin Bal:** | $0.00 | **Investor #:** | ▮ |
| **Due Date:** | 10/01/2024 | **State:** | PA | **Account Type:** | First Mortgage - Conventional Without PMI | **Investor Account #:** | ▮ |
| **Last Pmt Appd On:** | 12/19/2024 | **Zip Code:** | 19148 | **Total Pmt Amt:** | $1,357.44 | **PLS Client ID:** | |

## Pre-Petition Claim

| Pre-Petition Claim | | | |
|---|---|---|---|
| **Petition Claim Date:** | 02/04/2025 | **Petition Acknowledge Date:** | |
| **Confirmation Hearing Date:** | | **Petition Claim Amount:** | $7,144.78 |
| **Petition Confirmed Amount:** | $7,144.78 | **Preliminary:** | Yes |
| **Principal Balance:** | $176,037.99 | **Pre-Petition Claim Required:** | Yes |
| **Revised Claim Date:** | | | |

| Payment Schedule For Pre-Petition | | | | | | | |
|---|---|---|---|---|---|---|---|
| Row Count = 2 | | | | | | | |
| Sequence Number | From Date | To Date | Payment Amount | Payments Subtotal Amount | Number of Late Charges Due this Period | Late Charge Amount | Late Charge Subtotal Amount |
| 1 | 10/01/2024 | 11/01/2024 | $1,357.44 | $2,714.88 | 0 | $0.00 | $0.00 |
| 2 | 12/01/2024 | 01/01/2025 | $1,354.07 | $2,708.14 | 0 | $0.00 | $0.00 |
| Pymt and Lt Chg Totals: | 10/01/2024 | 01/01/2025 | | $5,423.02 | 0 | | $0.00 |

| **Total Late Charges Paid to Date:** | $0.00 | | |
|---|---|---|---|

| Fees For Pre-Petition | | | | |
|---|---|---|---|---|
| Row Count = 3 | | | | |
| Fee Type | Fee Description | Claimed Amount | Confirmed Amount | Total Paid Amount |
| ES | ESCROW SHORTAGE | $439.05 | $439.05 | $0.00 |
| 11 | LATE CHARGES | $962.71 | $962.71 | $0.00 |
| BC | BK ATTY COST | $320.00 | $320.00 | $0.00 |
| Fee Totals: | | $1,721.76 | $1,721.76 | $0.00 |

## Post-Petition Claim 1

| Post-Petition Claim 1 |
|---|
| No Data Available |

| Payment Schedule For Post-Petition 1 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Row Count = 0 | | | | | | | |
| Sequence Number | From Date | To Date | Payment Amount | Payment Subtotal Amount | Number of Late Charges Due this Period | Late Charge Amount | Late Charge Subtotal Amount |
| No Data Available | | | | | | | |

| No Data Available | | |
|---|---|---|

| Fees For Post-Petition 1 | | | | |
|---|---|---|---|---|
| Row Count = 0 | | | | |
| Fee Type | Fee Description | Claimed Amount | Confirmed Amount | Total Paid Amount |
| No Data Available | | | | |

## Post-Petition Claim 2

| Post-Petition Claim 2 |
|---|
| No Data Available |

| Payment Schedule For Post-Petition 2 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Row Count = 0 | | | | | | | |
| Sequence Number | From Date | To Date | Payment Amount | Payment Subtotal Amount | Number of Late Charges Due this Period | Late Charge Amount | Late Charge Subtotal Amount |
| No Data Available | | | | | | | |

| No Data Available | | |
|---|---|---|

| Fees For Post-Petition 2 | | | | |
|---|---|---|---|---|
| Row Count = 0 | | | | |
| Fee Type | Fee Description | Claimed Amount | Confirmed Amount | Total Paid Amount |
| No Data Available | | | | |