**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **KRISTIN WOJNAR** | : | |
| Debtor | : | No. 25-10399 (amc) |

## PRAECIPE to WITHDRAW PROOF of CLAIM

**TO THE CLERK:**

Kindly mark "withdrawn" the Proof of Claim (#12) filed by Philadelphia Federal Credit Union in the above. It was filed in the wrong case.

**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

**By:** /s/ *William J. Levant, Esquire*
**William J. Levant, Esquire**
Kaplin Stewart Meloff Reiter & Stein, P.C.
910 Harvest Drive; P.O. Box 3037
Blue Bell, PA 19422
Phone: (610) 941-2474
Facsimile: (610) 684-2020
wlevant@kaplaw.com
Attorneys for Philadelphia Federal Credit Union

Date: May 15, 2025

8223988v1