Document    Page 1 of 1

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Kristin Wojnar, <br><br> *Debtor*. | Chapter 13 <br> Case No. 25-10399-AMC |

**Debtor's Motion to Approve Loan Modification**

**AND NOW**, Debtor Kristin Wojnar, by and through her attorney, moves this Court to approve a loan modification with Selene Finance LP in the form of order attached. The proposed loan modification is attached as Exhibit A.

Date: June 23, 2025

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com