## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| Kristin Wojnar,<br><br>*Debtor*. | Chapter 13<br>Case No. 25-10399-AMC |

### Order Granting Debtor's Motion to Approve Loan Modification

**AND NOW**, upon consideration of the Debtor's Motion to Approve Loan Modification, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.
2. If the Debtor and Selene Finance LP ("Mortgagee") elect to enter into the proposed loan modification under the terms proposed by Mortgagee, the Debtor and Mortgagee may do so without there being any violation of the bankruptcy stay, or the provisions of 11 U.S.C. §362.
3. In the event the parties enter into a loan modification, the Debtor must (1) amend Schedules I and J to reflect any increase in monthly disposable income as a result of the loan modification, and (2) file an amended Chapter 13 plan reflecting the loan modification.

Date:

                                                    Honorable Ashely M. Chan
                                                    Chief U.S. Bankruptcy Judge