# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| Kristin Wojnar,<br><br>*Debtor*. | Chapter 13<br>Case No. 25-10399-AMC |

### Certificate of Service

I, Michael A. Cibik, certify that on June 23, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion to Approve Loan Modification, Notice of Motion, and Proposed Order

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: June 23, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

**Kenneth E. West**
190 N. Independence Mall West Suite 701
Philadelphia, PA 19106
Method of Service: CM/ECF

**Selene Finance LP**
3501 Olympus Blvd, Suite 500
Dallas, TX 75019
Method of Service: CM/ECF