# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| Kristin Wojnar, <br><br> *Debtor*. | Chapter 13 <br> Case No. 25-10399-AMC |

## CERTIFICATION OF NO ANSWER, OBJECTION, OR OTHER RESPONSIVE PLEADING

Michael A. Cibik, Esquire, counsel for the Debtor, hereby certifies the following:

1. A true and correct copy of the Motion to Approve Loan Modification was served to all interested parties via Electronic Means or via First Class Mail.

2. That as of the date hereof, no answer, objection, or request for a Hearing has been filed with the Clerk′s Office or served on the undersigned.

WHEREFORE, the undersigned respectfully requests an Order be entered.

Date: August 1, 2025

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com