**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Kristin Wojnar, <br><br> Debtor. | Case No. 25-10399 <br> Chapter 13 |

**Certificate of Service**

I, Michael A. Cibik, certify that on September 25, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: September 25, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

**Kenneth E. West**
Chapter 13 Trustee
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106
Method of Service: CM/ECF

**Selene Finance LP**
3501 Olympus Blvd, Suite 500
Dallas, TX 75019
Method of Service: CM/ECF

**Philadelphia Federal Credit Union**
Attn: Bankruptcy
12800 Townsend Road
Philadelphia, PA 19154
Method of Service: CM/ECF

**Santander Consumer USA, Inc.**
d/b/a Chrysler Capital
P.O. Box 961275
Fort Worth, TX 76161-1245
Method of Service: First Class Mail

**Water Revenue Bureau**
c/o City of Philadelphia Law Department
1401 John F. Kennedy Blvd., 5th Floor
Tax & RevenueMSB Unit Bankruptcy Group,
Philadelphia, PA 19102-1595
Method of Service: First Class Mail