United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-10399-amc |
| Kristin Wojnar | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Nov 18, 2025 | Form ID: 155 | Total Noticed: 45 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Kristin Wojnar, 208 Tree St, Philadelphia, PA 19148-3341 |
| 14973707 | | Chase Mortgage, Attn: Legal Correspondence Center 700 Ka, Monroe, LA 71203 |
| 14973721 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14976420 | + | Philadelphia Federal Credit Union, C/O William J. Levant, 910 Harvest Drive, PO Box 3037, Blue Bell, PA 19422-0765 |
| 14973727 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14973732 | | TD Bank/Raymour & Flanigan, Attn: Bankruptcy 1701 Rt. 70 East, Cherry Hill, NJ 08003 |
| 14973735 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14973705 | | Email/Text: cs@aldouslegal.com | Nov 19 2025 00:25:00 | Aldous and Associates, PLLC, Attn: Bankruptcy, PO Box 171374, Holladay, UT 84117-1374 |
| 14973704 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 19 2025 00:34:43 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14973706 | | Email/Text: BKelectronicnotices@cenlar.com | Nov 19 2025 00:25:00 | Cenlar, Attn: Centralized Bankruptcy 425 Phillip, Ewing, NH 08618 |
| 14973709 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 19 2025 00:25:00 | Citizens Bank, Attention: Bankruptcy 1 Citizens Plaza, Providence, RI 02903 |
| 14973710 | | Email/Text: megan.harper@phila.gov | Nov 19 2025 00:25:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15013390 | | Email/Text: megan.harper@phila.gov | Nov 19 2025 00:25:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14990704 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 19 2025 00:34:30 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14973708 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 19 2025 00:34:38 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14973711 | | Email/Text: bankruptcy@philapark.org | Nov 19 2025 00:25:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14973712 | | Email/Text: mrdiscen@discover.com | Nov 19 2025 00:25:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 14973713 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Nov 19 2025 00:25:00 | Discover Home Loans, Attn: Bankruptcy Attn: Bankruptcy, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 14973717 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 19 2025 00:34:38 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Street Nor, Sioux Falls, SD 57104 |
| 14976258 | | Email/Text: mrdiscen@discover.com | Nov 19 2025 00:25:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 14984730 | + | Email/Text: gbechakas@outlook.com | Nov 19 2025 00:25:00 | Intercoastal Financial Llc, 7954 Transit Rd #136X, Williamsville, NY 14221-4117 |
| 14973714 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 19 2025 00:25:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14980065 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Nov 19 2025 00:25:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14973715 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 19 2025 00:34:44 | Jpmcb, MailCode LA4-7100 700 Kansas Lane, Monroe, LA 71203 |
| 14973716 | | Email/Text: EBNBKNOT@ford.com | Nov 19 2025 00:25:00 | Lincoln Automotive Finance, Attn: Bankrutcy, PO Box 542000, Omaha, NE 68154-8000 |
| 14973718 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 19 2025 00:25:00 | Nelnet, Attn: Bankruptcy, 121 S 13th St, Lincoln, NE 68508-1922 |
| 14973719 | + | Email/Text: bankruptcygroup@peco-energy.com | Nov 19 2025 00:25:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 14973724 | ^ | MEBN | Nov 19 2025 00:24:02 | PGW, Legal - Bankruptcy Unit, 800 W. Montgomery Avenue Dept. 3rd Floor, Philadelphia, PA 19122-2806 |
| 14973726 | | Email/Text: CollectionsDept@PFCU.COM | Nov 19 2025 00:25:00 | Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 Townsend Road, Philadelphia, PA 19154 |
| 14973720 | + | Email/Text: bkrgeneric@penfed.org | Nov 19 2025 00:25:00 | PenFed CU, 2930 Eisenhower Ave, Alexandria, VA 22314-4557 |
| 14973722 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 19 2025 00:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14973723 | ^ | MEBN | Nov 19 2025 00:24:08 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14973725 | + | Email/Text: CollectionsDept@PFCU.COM | Nov 19 2025 00:25:00 | Philadelphia Fcu, 12800 West Townsend, Philadelphia, PA 19154-1095 |
| 14973728 | | Email/Text: bankruptcy@philapark.org | Nov 19 2025 00:25:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14981158 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 19 2025 00:25:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 14973729 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 19 2025 00:25:00 | Santander Consumer Usa, Attn: Bankruptcy, PO Box 961211, Fort Worth, TX 76161-0211 |
| 14973730 | | Email/Text: bkteam@selenefinance.com | Nov 19 2025 00:25:00 | Selene Finance, Attn: Bankruptcy, PO Box 8619, Philadelphia, PA 19101-8619 |
| 14977575 | + | Email/Text: RASEBN@raslg.com | Nov 19 2025 00:25:00 | Selene Finance LP, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 14977710 | + | Email/Text: RASEBN@raslg.com | Nov 19 2025 00:25:00 | Selene Finance LP, C/O Sydney Cauthen, 130 Clinton Rd. #202, Fairfield, NJ 07004-2927 |
| 14996463 | + | Email/Text: bkteam@selenefinance.com | Nov 19 2025 00:25:00 | Selene Finance LP, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 14973731 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 19 2025 00:34:45 | Synchrony Bank/Lowes, Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14973733 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | | |

Case 25-10399-amc    Doc 34    Filed 11/20/25    Entered 11/21/25 00:39:04    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 18, 2025 | Form ID: 155 | Total Noticed: 45 |

|  |  |  | Nov 19 2025 00:25:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
|---|---|---|---|---|
| 14987920 |  | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 19 2025 00:25:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14973734 |  | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 19 2025 00:25:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 14973736 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 19 2025 00:25:00 | Us Bank Na Retail Le, Attn: Bankruptcy 800 Nicollet Mall, Minneapolis, MN 55402-2511 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15008907 | *+ | Selene Finance LP, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 20, 2025          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JORDAN MATTHEW KATZ | on behalf of Creditor Selene Finance LP jkatz@raslg.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Kristin Wojnar help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor Selene Finance LP rshearer@raslg.com |
| SHERRI DICKS | on behalf of Creditor Selene Finance LP sdicks@raslg.com shrdlaw@outlook.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM J LEVANT | on behalf of Creditor Philadelphia Federal Credit Union efile.wjl@kaplaw.com wlevant@gmail.com |

District/off: 0313-2     User: admin     Page 4 of 4
Date Rcvd: Nov 18, 2025     Form ID: 155     Total Noticed: 45
TOTAL: 8

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   Kristin Wojnar<br><br>   Debtor(s). | Case No. 25−10399−amc<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: November 18, 2025

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court